## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN AFFLECK,<br><br>                Plaintiff,<br><br>v.<br><br>THE HARVARD CRIMSON, INC.,<br><br>                Defendant. | Case No. 1:24-cv-10802-AK |

### ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, Rachel F. Strom, a member in good standing of the Massachusetts Bar, respectfully moves that Alexandra M. Settelmayer of Davis Wright Tremaine LLP be permitted to appear *pro hac vice* on behalf of Defendant, the Harvard Crimson, Inc.

In support of this Motion and attached hereto is the Declaration of Alexandra M. Settelmayer in Support of Motion for Admission *Pro Hac Vice* affirming that she is a member in good standing of every jurisdiction in which she has been admitted to practice and there are no disciplinary proceedings pending against her as a member of the bar of any jurisdiction.

Dated:  August 6, 2024

                                                Respectfully submitted,

                                                /s/ *Rachel F. Strom*
                                                Rachel F. Strom (BBO #666319)
                                                DAVIS WRIGHT TREMAINE LLP
                                                1251 Avenue of the Americas, 21st Floor
                                                New York, New York 10020
                                                (212) 402-4069
                                                (212) 3795244 Fax

                                                *Counsel for The Harvard Crimson, Inc.*

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that on August 6 2024, Alexandra Settelmayer, counsel for Defendant, conferred with Plaintiff.  Plaintiff does not oppose this motion.

Dated:  August 6, 2024

/s/ *Rachel F. Strom*  
Rachel F. Strom

## **CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated:  August 6, 2024

/s/ *Rachel F. Strom*  
Rachel F. Strom