**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Jonathan Affleck
Jonathan.Affleck@protonmail.com
(617) 276-5788

Jonathan Affleck

    Plaintiff                                                Civil Action No.: 1:24-cv-10802-AK

        v.

The Harvard Crimson Inc (Harvard Crimson)

    Defendant

## NOTICE OF CHANGE OF ADDRESS

Date: October 21, 2024

Time: 05:55:57 PM

**Please take notice.** Jonathan Affleck has established a professional address in Berkeley, CA and requests for every notice of a matter arising herein, for every document, and for every paper in this case to be served on him at the address below whenever the notice, the document, or the paper cannot be served electronically.

        Joachim Martillo
        2991 Sacramento St. #296
        Berkeley, CA 94703

Dated:    October 21, 2024                 Respectfully submitted by: *Jonathan Affleck*
                                                            Jonathan Affleck
                                                            Jonathan.Affleck@protonmail.com
                                                            (617) 276-5788

## **CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: October 21, 2024

*Jonathan Affleck*
Jonathan Affleck