UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Pro se litigant Jonathan Affleck, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-CV-10802-AK |
| v. ) | |
| ) | |
| The Harvard Crimson Inc (Harvard Crimson) ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 27] entered on 1/29/2025, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 1/29/2025                                                                                          By the Court,

/s/ Courtney Horvath
Deputy Clerk