FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)  Form 1  March 2023

# UNITED STATES
# DISTRICT COURT FOR THE DISTRICT OF MASSACHUSSETTS

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 1:24-cv-10802-AK

Case title being appealed: Affleck   v.   v. The Harvard Crimson

Date of final judgment or order being appealed: 01/29/2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Jonathan Affleck

Date: 02/26/2025

Signature: /Jonathan Affleck/

Name: Jonathan Affleck

Address: 2991 Sacramento St. #296

Berkeley, CA 94703

Phone Number: 617 276 5788

Email Address: Jonathan.Affleck@protonmai

CERTIFICATE OF SERVICE

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: February 26, 2025

Save for Filing